UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEFFREY M. THIELS, ET AL** | **CIVIL DOCKET NO. 1:20-CV-00040** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAHINDRA USA, INC.** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## MEMORANDUM ORDER AND FINAL JUDGMENT

Before the Court is Defendant, TWIN CITY FIRE INSURANCE COMPANY'S MOTION FOR ENTRY OF SEPARATE JUDGMENT PURSUANT TO RULE 58(a) AND TO CERTIFY JUDGMENT AS FINAL PURSUANT TO RULE 54(b). [Doc. 38]. Finding no reason for delay, the Motion is GRANTED. Accordingly,

IT IS HEREBY ORDERED that the Court's Memorandum Ruling [Doc. 37], granting Defendant, Twin City Fire Insurance Company's Motion for Summary Judgment [Doc. 27], is designated as the Court's final judgment pursuant to Federal Rule of Civil Procedure 54(b). The Court's dismissal in the Memorandum Ruling [Doc. 37] of all claims asserted by Plaintiffs, Jeffrey M. Thiels and Tammy Thiels, against Defendant, Twin City Fire Insurance Company, is herein designated as the Court's final and appealable judgment.

THUS, DONE AND SIGNED in Chambers on this 16th day of August 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE